UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GONZALEZ, Jr., | Case No.  2:25-cv-2107-DJC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| TODD PHILLIPS, *et al.*, | |
| Defendants. | |

On September 15, 2025 I ordered plaintiff to either confirm his intent to proceed with the claims deemed cognizable or file another amended complaint within thirty days.  ECF No. 7. Plaintiff did not file a timely response but, on December 15, 2025, he requested additional time to submit a response due to a prison transfer and lack of access to his property.  ECF No. 10. Substantial time has elapsed that request and, accordingly, I will grant a limited extension of fourteen days.

It is ORDERED that plaintiff's motion for extension of time, ECF No. 10, is GRANTED. He must comply with my September 15, 2025 and elect to proceed with cognizable claims or file an amended complaint within fourteen days of this order's entry. If he fails to do so, I will recommend that this action be dismissed for failure to prosecute.

1

IT IS SO ORDERED.


Dated:      February 19, 2026      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE